**KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP**
William N. Hebert (SBN 136099)
630 Hansen Way
Palo Alto, CA  94304
Telephone: 650-798-6700
Facsimile: 650-798-6701

Attorneys for Plaintiff
Entral Group International, LLC

**SIMONCINI & ASSOCIATES**
Kenneth D. Simoncini (SBN 145586)
Kerri A. Johnson (SBN 138344)
1694 The Alameda
San Jose, CA  95126-2219
Telephone: 408-280-7711
Facsimile: 408-280-1330

Attorneys for Defendants
Maze Café LLC, Jeremy Lee and
Thomas Lee

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ENTRAL GROUP INTERNATIONAL, LLC, | Case No. C-05-1293 SC |
| Plaintiff, | **STIPULATION OF DISMISSAL** (Fed. R. Civ. Proc. 41(a)) |
| vs. | |
| MAZE CAFÉ, LLC, JEREMY LEE and THOMAS LEE, | **ORDER** |
| Defendants. | |

1  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate to
2  the dismissal of this action with prejudice.

**KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP**

Dated: March 6, 2006          By: _____
                                   William N. Hebert

                              Attorneys for Plaintiff
                              Entral Group International, LLC


**SIMONCINI & ASSOCIATES**

Dated: March __, 2006         By: _____
                                   Kerri A. Johnson

                              Attorneys for Defendants
                              Maze Café LLC, Jeremy Lee and
                              Thomas Lee

STIPULATION OF DISMISSAL
CASE NO. C-05-1293 SC

1  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate to
2  the dismissal of this action with prejudice.

Dated: March 6, 2006

KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP

By: _____
William N. Hebert

Attorneys for Plaintiff
Entral Group International, LLC

SIMONCINI & ASSOCIATES

Dated: March 6, 2006

By: _____
Kerri A. Johnson

Attorneys for Defendants
Maze Café LLC, Jeremy Lee and
Thomas Lee

**IT IS SO ORDERED**
Judge Samuel Conti
3/8/06
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION OF DISMISSAL
CASE NO. C-05-1293 SC